# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA DANIELA MAYORGA DIAZ, | Case No. 1:26-cv-00349-JLT-SAB-HC |
| Petitioner, | ORDER DIRECTING PETITIONER TO FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING |
| v. | |
| WARDEN OF CALIFORNIA CITY DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The petition alleges that Petitioner was provided a bond hearing pursuant to Rodriguez v. Robbins, 804 F.3d 1060, 1072–78 (9th Cir. 2015), due to her prolonged detention. (ECF No. 1 at 10.[1]) The Court finds that a transcript and/or recording of the bond hearing would assist the Court in this matter.

Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days of the date of service of this order, Petitioner SHALL FILE a copy of the transcript and/or recording of Petitioner's bond hearing.

IT IS SO ORDERED.

Dated:    **April 1, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.