# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA DANIELA MAYORGA DIAZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-00349-JLT-SAB-HC<br><br>ORDER TERMINATING VOLUNTARY MOTION TO DISMISS AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 11) |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging her immigration detention.

On April 13, 2026, counsel for Petitioner filed the instant voluntary motion to dismiss, which states that Petitioner filed for and was granted voluntary departure and has left the country. (ECF No. 11 at 2.) Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal under this rule requires no action on the part of the court and divests the court of jurisdiction upon the filing of the notice of voluntary dismissal. See United States v. 475 Martin Lane, 545 F.3d 1134, 1145 (9th Cir. 2008) (describing consequences of voluntary dismissals pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)). In this case, Respondents have not served either an answer or a motion for summary judgment. See Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, Rule 41(a)(1), rather than Rule 41(a)(2), applies, and Petitioner's notice of dismissal was effective upon filing and without a court order.

For the sake of clarity, in light of the notice of dismissal, IT IS HEREBY ORDERED that:

1.  Petitioner's voluntary motion to dismiss (ECF No. 11) is TERMINATED; and

2.  The Clerk of the Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated:    **April 14, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2